**BOIES SCHILLER FLEXNER LLP**
WILLIAM S. OHLEMEYER,
NY State Bar No. 3995651
(*Pro Hac Vice*)
   wohlemeyer@bsfllp.com
333 Main Street
Armonk, NY 10504-1812
Telephone: (914) 749-8200
Facsimile:  (914) 749-8300

**BOIES SCHILLER FLEXNER LLP**
SHIRA LIU, State Bar No. 274158
   sliu@bsfllp.com
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Facsimile:  (310) 752-2490



FILED
CLERK, U.S. DISTRICT COURT
9/9/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

Attorneys for Plaintiff and Counterclaim-Defendant JUSTIN MENKES and Counterclaim-Defendant POSITION MATCH LLC.

[Additional counsel listed on signature page below]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTIN MENKES,<br><br>   Plaintiff,<br><br>   v.<br><br>SSI (US), INC., a Delaware Corporation, d/b/a SPENCER STUART, and SPENCER STUART, INC., et al.,<br><br>   Defendants.<br><br>And Related Counterclaims. | Case No. 2:19-cv-01367-PSG-AGR<br><br>*Assigned for all purposes to the Honorable Philip S. Gutierrez Courtroom 6A*<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**; ORDER<br><br>FAC Filed: 3/4/2020<br>Trial Date: 1/26/2021 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JUSTIN MENKES, on the one side, and remaining Defendant SSI (US), INC., d/b/a SPENCER STUART, on the other side, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of the First Amended Complaint and all claims asserted by Plaintiff in this action, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: September 8, 2020

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP
WILLIAM S. OHLEMEYER
SHIRA LIU

By: _____/s/ William S. Ohlemeyer_____
       WILLIAM S. OHLEMEYER
Attorneys for Plaintiff and Counterclaim-Defendant JUSTIN MENKES and Counterclaim-Defendant POSITIONMATCH LLC

DATED: September 8, 2020

Respectfully submitted,

GIBBONS P.C.
EDWARD W. LARKIN
DANIEL S. WEINBERGER

WINSTON & STRAWN LLP
DIANA HUGHES LEIDEN
DEVIN T. KLEE

By: _____/s/ Edward W. Larkin_____
       EDWARD W. LARKIN
Attorneys for Defendant and Counterclaim-Plaintiff SSI (US), INC., d/b/a SPENCER STUART, and Counterclaim-Plaintiffs SPENCER STUART INTERNATIONAL IRELAND LTD. and SPENCER STUART INTERNATIONAL B.V.

**IT IS SO ORDERED.**

DATED: __9/9/2020__

_[signature]_

**U.S. DISTRICT JUDGE**

## ATTORNEY ATTESTATION

Pursuant to C.D. Cal. Civil L.R. 5-4.3.4(a)(2)(i), I, William S. Ohlemeyer, attest that concurrence in the filing of this document has been obtained from Edward W. Larkin, the signatory shown above, and that he has authorized placement of his electronic signature on this document.

Executed on September 8, 2020, at Armonk, New York.

*/s/ William S. Ohlemeyer*
WILLIAM S. OHLEMEYER