Edward W. Larkin (*pro hac vice*)
elarkin@gibbonslaw.com
Daniel S. Weinberger (*pro hac vice*)
dweinberger@gibbonslaw.com
**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
Tel:   (212) 613-2000
Fax:   (212) 290-2018

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
Deven T. Klee (SBN: 323444)
dklee@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue
Los Angeles, CA 90071-1543
Tel:   (213) 615-1700
Fax:   (213) 615-1750

*Attorneys for Defendant* SSI (US), INC. d/b/a SPENCER STUART and *Counterclaim-Plaintiffs* SSI (US), INC. d/b/a SPENCER STUART, SPENCER STUART INTERNATIONAL IRELAND LTD. and SPENCER STUART INTERNATIONAL B.V.

E-FILED
SEP 11 2020
Document #
JS-6

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTIN MENKES,<br><br>Plaintiff,<br><br>v.<br><br>SSI (US), INC., a Delaware corporation, d/b/a SPENCER STUART, and SPENCER STUART, INC.,<br><br>Defendants.<br><br>And Related Counterclaims | Case No. 2:19-cv-01367-PSG-AGR<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**; ORDER<br><br>FAC Filed:   3/4/2020<br>Trial Date:  1/26/2021 |

1
JOINT STIPULATION OF VOLUNTARY DISMISSAL OF COUNTERCLAIMS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Counterclaim-Plaintiffs SSI (US), INC. d/b/a SPENCER STUART, SPENCER STUART INTERNATIONAL IRELAND LTD. and SPENCER STUART INTERNATIONAL B.V. (together, "Spencer Stuart"), on the one hand, and Counterclaim-Defendants JUSTIN MENKES and POSITIONMATCH LLC (together, "Counterclaim-Defendants"), on the other hand, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all Counterclaims asserted by Spencer Stuart against Counterclaim-Defendants in this action, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: September 10, 2020

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP
WILLIAM S. OHLEMEYER
SHIRA LIU

By: ___/s/ William S. Ohlemeyer___
WILLIAM S. OHLEMEYER
Attorneys for Plaintiff and Counterclaim-Defendant JUSTIN MENKES and Counterclaim-Defendant POSITIONMATCH LLC

DATED: September 10, 2020

Respectfully submitted,

GIBBONS P.C.
EDWARD W. LARKIN
DANIEL S. WEINBERGER

WINSTON & STRAWN LLP
DIANA HUGHES LEIDEN
DEVIN T. KLEE

By: ___/s/ Diana Hughes Leiden___
DIANA HUGHES LEIDEN
Attorneys for Defendant and Counterclaim-Plaintiff SSI (US), INC., d/b/a SPENCER STUART, and Counterclaim-Plaintiffs SPENCER STUART INTERNATIONAL IRELAND LTD. and SPENCER STUART INTERNATIONAL B.V.

IT IS SO ORDERED.
DATED: 9/11/2020
UNITED STATES DISTRICT JUDGE